IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:16-CR-211-L |
| | § | |
| GARY BUSBY | § | |

### ORDER

The U.S. Probation Officer requests a one-week extension to disclose the Addendum to the Presentence Report. After consideration, the court **grants** the request. Accordingly, the deadline for the probation officer to disclose any revisions or addendum to the Presentence Report is revised to **4:00 p.m**., **August 11, 2017.** Written objections to these revisions or addendum must be delivered to the court and the probation officer by **4:00 p.m., August 18, 2017**. The sentencing hearing will be held **Tuesday, September 5, 2017, at 9:00 a.m.**, as previously scheduled**.** All other portions of the court's Amended Sentencing Scheduling Order remain in effect.

**It is so ordered** this 1st day of August, 2017.

Sam A. Lindsay
United States District Judge

Solo Page